| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Christopher G. Cassie, Esq. Keaveney Legal Group, LLC 1000 Maplewood Dr Suite 202 Maple Shade, NJ 08052 800-219-0939 Email: ccassie@keaveneylegalgroup.com Attorney for the Debtor | Order Filed on September 12, 2024 by Clerk U.S. Bankruptcy Court District of New Jersey |
| **In Re:**      **Kyung Ha Lee** **Debtor** | Case No:   24-18133-JKS Chapter:  Chapter 13 Hearing: September 12, 2024 Judge:     John K. Sherwood |

ORDER CONCERNING APPLICATIOIN TO
EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is ORDERED.

**DATED: September 12, 2024**

*[Signature]*

Honorable John K. Sherwood
United States Bankruptcy Court

The court having reviewed the debtor's Application to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

[X] The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's Order to Show Cause must be received by the Court no later than __September 25, 2024__. If all missing documents are not filed by this date, the case will be dismissed without further notice.

[ ] The debtor's request to extend the time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within days of the date of this Order.