| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | Order Filed on September 12, 2024<br>by Clerk<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| Christopher G. Cassie, Esq.<br>Keaveney Legal Group, LLC<br>1000 Maplewood Dr<br>Suite 202<br>Maple Shade, NJ 08052<br>800-219-0939<br>Email: ccassie@keaveneylegalgroup.com<br>Attorney for the Debtor | |
| **In Re:**<br><br>    Kyung Ha Lee<br><br>**Debtor** | Case No:   24-18133-JKS<br><br>Chapter:  Chapter 13<br><br>Hearing: September 12, 2024<br><br>Judge:    John K. Sherwood |

# ORDER CONCERNING APPLICATIOIN TO
# EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is ORDERED.

**DATED: September 12, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having reviewed the debtor's Application to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

[X] The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's Order to Show Cause must be received by the Court no later than ___September 25, 2024_____. If all missing documents are not filed by this date, the case will be dismissed without further notice.

[ ] The debtor's request to extend the time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within days of the date of this Order.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-18133-JKS |
| Kyung Ha Lee | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 12, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kyung Ha Lee, 101 Winding Creek, Old Tappan, NJ 07675-7318 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher G. Cassie | on behalf of Debtor Kyung Ha Lee ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4