UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Christopher G. Cassie, Esq.
Keaveney Legal Group, LLC
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
856-481-2098
Email: ccassie@keaveneylegalgroup.com
Attorney for Debtor

In Re:

Kyung Ha Lee

Debtor

Case No.: 24-18133-JKS

Chapter: 13

Hearing Date:

Judge: John K. Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Document filed in error

Date: 9/25/2024

/s/ Chrstopher G. Cassie
Signature

*rev.8/1/15*