Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:   24−18133−JKS
Chapter:   13
Judge:   John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kyung Ha Lee
   101 Winding Creek
   Old Tappan, NJ 07675−7318

Social Security No.:
   xxx−xx−3897

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            10/24/24
Time:           08:30 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 26, 2024
JAN: mlc

                               Jeanne Naughton
                               Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Kyung Ha Lee  
Debtor

Case No. 24-18133-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Sep 26, 2024     Form ID: 132     Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kyung Ha Lee, 101 Winding Creek, Old Tappan, NJ 07675-7318 |
| 520363921 | | Acs/Mefa, Boston, MA 02110 |
| 520363927 | | Ces/Mefa, C/O Acs, Utica, NY 13501 |
| 520363934 | + | Farha Ahmed, Esq., Waldman & Kaplan, P.A., 174 Nassau Street, Suite 313, Princeton, NJ 08542-7005 |
| 520363938 | + | Kiamotors, 10550 Talbert Avenue, Founatin Valley, CA 92708-6031 |
| 520363940 | | Midland Credit Managem, San Diego, CA |
| 520363943 | + | Prtnrshp Fcu, 550 17th Street Nw, Washington, DC 20429-0001 |
| 520363953 | + | Venture Works DE, LLC, 49 Midland Blvd., Maplewood, NJ 07040-1723 |
| 520363954 | + | Wcf, 10750 W Charlton Blvd, Las Vegas, NV 89135-1048 |
| 520363956 | + | Wfhm, 794 Davis Ct, San Leandro, CA 94577-6922 |
| 520363958 | | Winding Creek at Old Tappan, Condominium Association, Inc., Westwood, NJ 07675 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bankruptcynotices@donohoelawpc.com | Sep 26 2024 20:36:00 | Melissa Donohoe Dixon, Donohoe Law, P.C., PO Box 702, Marshfield, MA 02050 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 26 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 26 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520401921 | | Email/Text: bankruptcynotices@donohoelawpc.com | Sep 26 2024 20:36:00 | MEFA, c/o Melissa Donohoe Dixon, Esq., Donohoe Law, P.C., PO Box 702, Marshfield, MA 02050 |
| 520363922 | | Email/Text: bankruptcynotices@donohoelawpc.com | Sep 26 2024 20:36:00 | Aes/Mefa, 1200 N 7th St, Harrisburg, PA 17102 |
| 520363923 | + | Email/Text: bncnotifications@pheaa.org | Sep 26 2024 20:37:00 | Aes/Nct, 1200 N 7th St, Harrisburg, PA 17102-1419 |
| 520363924 | + | Email/PDF: bncnotices@becket-lee.com | Sep 26 2024 20:52:07 | Amer Fst Fin, 7330 W. 33rd Stree, Wichita, KS 67205-9369 |
| 520363925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2024 20:41:51 | Bby/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520363926 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 26 2024 20:37:00 | Brclysbankde, Po Box 26182, Wilmington, DE 19899-6182 |
| 520387696 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 26 2024 20:38:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 520363928 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 26 2024 20:38:00 | Chryslercap, Po Box 961275, Fort Worth, TX 76161-0275 |
| 520363929 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2024 20:41:46 | Citi, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 520363930 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 26 2024 20:52:05 | Citicards Cbna, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520363931 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 26 2024 20:37:00 | Comenitycapital/Aaarwd, Po Box 182120, Columbus, OH 43218-2120 |
| 520363932 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2024 20:41:07 | Creditonebnk, Pob 98872, Las Vegas, NV 89193-8872 |
| 520363933 | | Email/Text: mrdiscen@discover.com | Sep 26 2024 20:36:00 | Discoverbank, Pob 15316, Wilmington, DE 19850 |
| 520370355 | | Email/Text: mrdiscen@discover.com | Sep 26 2024 20:36:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520363935 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 26 2024 20:37:00 | Fnb Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 520363936 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 26 2024 20:41:01 | Jpmcb Card, 201 N Walnut St, Wilmington, DE 19801 |
| 520363937 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 26 2024 20:40:32 | Jpmcb Card, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 520393352 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 26 2024 20:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520363939 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2024 20:52:05 | Macyscbna, 911 Duke Blvd, Mason, OH 45040 |
| 520363941 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2024 20:36:00 | Pnc Bank, Po Box 1820, Dayton, OH 45401 |
| 520363942 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2024 20:36:00 | Pnc Mortgage, 3232 Newark Dr, Miamisburg, OH 45342 |
| 520400720 | | Email/Text: bnc-quantum@quantum3group.com | Sep 26 2024 20:37:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520363944 | + | Email/Text: bankruptcy@self.inc | Sep 26 2024 20:37:00 | Sbnaselflndr, 515 Congress Ave, Suite 2200, Austin, TX 78701 |
| 520363945 | + | Email/Text: bankruptcy@self.inc | Sep 26 2024 20:37:00 | Selfinc/Lead, 901 E. 6th Street, Austin, TX 78702 |
| 520363946 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2024 20:40:35 | Syncb/Amaz, Po Box 981432, El Paso, TX 79998-1432 |
| 520363947 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2024 20:41:54 | Syncb/Payp, Po Box 981064, El Paso, TX 79998-1064 |
| 520363948 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2024 20:52:16 | Syncb/Pcrich, P O Box 276, Dayton, OH 45401-0276 |
| 520363949 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2024 20:41:01 | Syncb/Ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 520363950 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2024 20:52:16 | Syncb/Wlmrtd, Po Box 981127, El Paso, TX 79998-1127 |
| 520363951 | | Email/Text: jaxbanko@td.com | Sep 26 2024 20:36:00 | Tdaf, 2777 Franklin Rd., Farmington Hills, MI 48334 |
| 520363952 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 26 2024 20:37:00 | Toyota Mtr, 4 Gatehall Dr, Parsippany, NJ 07054-4518 |
| 520390863 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 26 2024 20:38:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520403830 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 26 2024 20:41:11 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520363955 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 26 2024 20:41:11 | Wfbna Card, Po Box 14517, Des Moines, IA 50306-3517 |
| 520363957 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

Case 24-18133-JKS    Doc 21    Filed 09/28/24    Entered 09/29/24 00:15:01    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 26, 2024 | Form ID: 132 | Total Noticed: 49 |

| | | |
|---|---|---|
| | Sep 26 2024 20:41:09 | Wfhm, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher G. Cassie | on behalf of Debtor Kyung Ha Lee ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4