Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−18133−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kyung Ha Lee
   101 Winding Creek
   Old Tappan, NJ 07675−7318

Social Security No.:
   xxx−xx−3897

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/25/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 25, 2024
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kyung Ha Lee  
    Debtor

Case No. 24-18133-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Oct 25, 2024      Form ID: 148      Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kyung Ha Lee, 101 Winding Creek, Old Tappan, NJ 07675-7318 |
| 520363921 | | Acs/Mefa, Boston, MA 02110 |
| 520363927 | | Ces/Mefa, C/O Acs, Utica, NY 13501 |
| 520363934 | + | Farha Ahmed, Esq., Waldman & Kaplan, P.A., 174 Nassau Street, Suite 313, Princeton, NJ 08542-7005 |
| 520363938 | + | Kiamotors, 10550 Talbert Avenue, Founatin Valley, CA 92708-6031 |
| 520363940 | | Midland Credit Managem, San Diego, CA |
| 520363943 | + | Prtnrshp Fcu, 550 17th Street Nw, Washington, DC 20429-0001 |
| 520424315 | + | VENTURE WORKS DE, LLC, c/o Waldman & Kaplan, P.A., 174 Nassau Street, Suite 313, Princeton, NJ 08542-7005 |
| 520363953 | + | Venture Works DE, LLC, 49 Midland Blvd., Maplewood, NJ 07040-1723 |
| 520363954 | + | Wcf, 10750 W Charlton Blvd, Las Vegas, NV 89135-1048 |
| 520363958 | | Winding Creek at Old Tappan, Condominium Association, Inc., Westwood, NJ 07675 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bankruptcynotices@donohoelawpc.com | Oct 25 2024 20:44:00 | Melissa Donohoe Dixon, Donohoe Law, P.C., PO Box 702, Marshfield, MA 02050 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 25 2024 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 25 2024 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520401921 | | Email/Text: bankruptcynotices@donohoelawpc.com | Oct 25 2024 20:44:00 | MEFA, c/o Melissa Donohoe Dixon, Esq., Donohoe Law, P.C., PO Box 702, Marshfield, MA 02050 |
| 520363922 | | Email/Text: bankruptcynotices@donohoelawpc.com | Oct 25 2024 20:44:00 | Aes/Mefa, 1200 N 7th St, Harrisburg, PA 17102 |
| 520363923 | + | Email/Text: bncnotifications@pheaa.org | Oct 25 2024 20:46:00 | Aes/Nct, 1200 N 7th St, Harrisburg, PA 17102-1419 |
| 520363924 | + | Email/PDF: bncnotices@becket-lee.com | Oct 25 2024 20:50:47 | Amer Fst Fin, 7330 W. 33rd Stree, Wichita, KS 67205-9369 |
| 520434822 | | Email/PDF: bncnotices@becket-lee.com | Oct 25 2024 20:51:41 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520430024 | | EDI: BANKAMER | Oct 26 2024 00:27:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520363925 | + | EDI: CITICORP | Oct 26 2024 00:27:00 | Bby/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520363926 | + | EDI: TSYS2 | Oct 26 2024 00:27:00 | Brclysbankde, Po Box 26182, Wilmington, DE 19899-6182 |
| 520387696 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 25 2024 20:47:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |

Case 24-18133-JKS    Doc 28    Filed 10/27/24    Entered 10/28/24 00:16:12    Desc Imaged
                        Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Oct 25, 2024 | Form ID: 148 | Total Noticed: 57 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 520363928 | + Email/Text: enotifications@santanderconsumerusa.com Oct 25 2024 20:47:00 | | Chryslercap, Po Box 961275, Fort Worth, TX 76161-0275 |
| 520363929 | + EDI: CITICORP Oct 26 2024 00:27:00 | | Citi, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 520414278 | EDI: CITICORP Oct 26 2024 00:27:00 | | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520363930 | + EDI: CITICORP Oct 26 2024 00:27:00 | | Citicards Cbna, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520363931 | + EDI: WFNNB.COM Oct 26 2024 00:27:00 | | Comenitycapital/Aaarwd, Po Box 182120, Columbus, OH 43218-2120 |
| 520363932 | + Email/PDF: creditonebknotifications@resurgent.com Oct 25 2024 20:51:17 | | Creditonebnk, Pob 98872, Las Vegas, NV 89193-8872 |
| 520363933 | EDI: DISCOVER Oct 26 2024 00:27:00 | | Discoverbank, Pob 15316, Wilmington, DE 19850 |
| 520370355 | EDI: DISCOVER Oct 26 2024 00:27:00 | | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520363935 | Email/Text: collecadminbankruptcy@fnni.com Oct 25 2024 20:46:00 | | Fnb Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 520363936 | EDI: JPMORGANCHASE Oct 26 2024 00:27:00 | | Jpmcb Card, 201 N Walnut St, Wilmington, DE 19801 |
| 520363937 | EDI: JPMORGANCHASE Oct 26 2024 00:27:00 | | Jpmcb Card, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 520393352 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com Oct 25 2024 20:45:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520417900 | Email/PDF: resurgentbknotifications@resurgent.com Oct 25 2024 20:50:48 | | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520363939 | EDI: CITICORP Oct 26 2024 00:27:00 | | Macyscbna, 911 Duke Blvd, Mason, OH 45040 |
| 520416388 | + Email/Text: bankruptcydpt@mcmcg.com Oct 25 2024 20:47:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520428246 | Email/Text: Bankruptcy.Notices@pnc.com Oct 25 2024 20:45:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520434290 | Email/Text: Bankruptcy.Notices@pnc.com Oct 25 2024 20:45:00 | | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520363941 | Email/Text: Bankruptcy.Notices@pnc.com Oct 25 2024 20:45:00 | | Pnc Bank, Po Box 1820, Dayton, OH 45401 |
| 520363942 | Email/Text: Bankruptcy.Notices@pnc.com Oct 25 2024 20:45:00 | | Pnc Mortgage, 3232 Newark Dr, Miamisburg, OH 45342 |
| 520400720 | EDI: Q3G.COM Oct 26 2024 00:27:00 | | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520363944 | + Email/Text: bankruptcy@self.inc Oct 25 2024 20:46:00 | | Sbnaselflndr, 515 Congress Ave, Suite 2200, Austin, TX 78701 |
| 520363945 | + Email/Text: bankruptcy@self.inc Oct 25 2024 20:46:00 | | Selfinc/Lead, 901 E. 6th Street, Austin, TX 78702 |
| 520363946 | + EDI: SYNC Oct 26 2024 00:27:00 | | Syncb/Amaz, Po Box 981432, El Paso, TX 79998-1432 |
| 520363947 | + EDI: SYNC Oct 26 2024 00:27:00 | | Syncb/Payp, Po Box 981064, El Paso, TX 79998-1064 |
| 520363948 | + EDI: SYNC Oct 26 2024 00:27:00 | | Syncb/Pcrich, P O Box 276, Dayton, OH 45401-0276 |
| 520363949 | + EDI: SYNC Oct 26 2024 00:27:00 | | Syncb/Ppc, Po Box 965005, Orlando, FL 32896-5005 |

Case 24-18133-JKS    Doc 28    Filed 10/27/24    Entered 10/28/24 00:16:12    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: 148 | Total Noticed: 57 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520363950 | + | EDI: SYNC | Oct 26 2024 00:27:00 | Syncb/Wlmrtd, Po Box 981127, El Paso, TX 79998-1127 |
| 520363951 | | EDI: LCITDAUTO | Oct 26 2024 00:27:00 | Tdaf, 2777 Franklin Rd., Farmington Hills, MI 48334 |
| 520363952 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 25 2024 20:46:00 | Toyota Mtr, 4 Gatehall Dr, Parsippany, NJ 07054-4518 |
| 520390863 | | EDI: USBANKARS.COM | Oct 26 2024 00:27:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520403830 | | EDI: WFFC2 | Oct 26 2024 00:27:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520363955 | + | EDI: WFFC2 | Oct 26 2024 00:27:00 | Wfbna Card, Po Box 14517, Des Moines, IA 50306-3517 |
| 520363956 | + | EDI: WFFC | Oct 26 2024 00:27:00 | Wfhm, 794 Davis Ct, San Leandro, CA 94577-6922 |
| 520363957 | + | EDI: WFFC2 | Oct 26 2024 00:27:00 | Wfhm, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | VENTURE WORKS DE, LLC, c/o Waldman & Kaplan, P.A., 174 Nassau St., Suite 313, Princeton, NJ 08542-7005 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher G. Cassie | on behalf of Debtor Kyung Ha Lee ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Farha Ahmed | on behalf of Creditor VENTURE WORKS DE  LLC farha@dwaldmanlaw.com |

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5