Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 24–18133–JKS
                          Chapter: 13
                          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kyung Ha Lee
   101 Winding Creek
   Old Tappan, NJ 07675–7318

Social Security No.:
   xxx–xx–3897

Employer's Tax I.D. No.:

**FINAL DECREE**

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Marie–Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 8, 2025</u>                <u>John K. Sherwood</u>
                                              Judge, United States Bankruptcy Court